AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

**FILED**
Sep 15 2025
Clerk, U.S. District Court
Western District of Texas

By: _MG_
Deputy

| | |
|---|---|
| **USA** § | |
| § | **CRIMINAL COMPLAINT** |
| vs. § | CASE NUMBER: **EP:25-M -05146(1)  ATB** |
| § | |
| **(1) ISRAEL NAVA-ORTEGA** § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 13, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326(a)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "**The DEFENDANT, Israel NAVA-Ortega, an alien to the United States and a citizen of Mexico was found approximately 4.48 in El Paso, Texas in the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the** "

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/S/ PYATT, JASON
Signature of Complainant
Border Patrol Agent

September 15, 2025          at   EL PASO, Texas
File Date                        City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 01:08 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -05146(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) ISRAEL NAVA-ORTEGA**

*FACTS   (CONTINUED)*

DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on 10/31/2024 through San Ysidro, Ca.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been granted 5 voluntary departure(s), the last on September 21, 2001, through EL PASO, TX**
**The DEFENDANT has been deported 9 time(s), the last one being to MEXICO on October 31, 2024, through SAN YSIDRO, CA**

CRIMINAL HISTORY:

**04/25/2002, Denver, Colorado, Drug Paraphenalia-Possesion(M), UNK, 05/08/2002, Denver, Colorado, Receiving Stolen Property(F), UNK, 07/24/2002, Denver, Colorado, Making a False Report(M), UNK, 07/27/2002, Denver, Colorado, Fail to Appear(M), UNK, 08/04/2002, Denver, Colorado, Vehicle Theft(F), UNK, 12/05/2002, El Paso, TX, 8 USC 1326(F), CNV, 4 months.**
**12/02/2003, Las Cruces, New Mexico, Aggravated Battery(F), CNV, Convicted 9 Years-2 years Parole.**
**05/06/2010, Las Cruces, NM, 8 USC 1326(F), CNV, 22 months,.**
**03/24/2015, Las Cruces, NM, 8 USC 1326(F), CNV, 24 months.**
**05/07/2020, Las Cruces, New Mexico, Aggravated Assault with a Deadly Weapon(), UNK, 05/07/2020, Las Cruces, New Mexico, Abuse of a Child- (No Death or Great Bodily Harm) First Offense-Conspiracy(), UNK, 05/07/2020, Las Cruces, New Mexico, Resisting Evading or Obstructing an Officer(), UNK, 03/01/2021, Las Cruces, New Mexico, Failure to Appear on a Felony(), UNK, 12/03/2021, Las Cruces, NM, 8 USC 1326(F), CNV, 46 months.**